1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 KUAN HOW YANG,                    )
   JIN NING YANG,                    )   No. C 07-2870 HRL
13                                   )
              Plaintiffs,            )
14                                   )
           v.                        )   **ANSWER**
15                                   )
   MICHAEL CHERTOFF, Secretary of the )
16 Department of Homeland Security;   )
   EMILIO T. GONZALEZ, Director of    )
17 U.S. Citizenship and Immigration Services; )
   CHRISTINA POULOS, Director of California )
18 Service Center, U.S. Citizenship and Immigration)
   Services;                         )
19 ROBERT S. MUELLER, Director       )
   of the Federal Bureau of Investigation; )
20                                   )
              Defendants.            )
21 _____

22      The Defendants hereby submit their answer to Plaintiffs' Original Complaint for Writ in the

23 Nature Mandamus and Declaratory Judgment.

24      1.  Paragraph One consists of plaintiffs' characterization of this action, to which no responsive

25 pleading is required; however, to the extent a responsive pleading is necessary, defendants deny

26 the allegation that they have improperly withheld action on the applications for adjustment of

27 status to plaintiffs' detriment.

28

   ANSWER
   C 07-2870 HRL

**PARTIES**

2.  Defendants admit the allegations in Paragraph Two.

3.  Defendants admit the allegations in Paragraph Three.

4.  Defendants admit the allegations in Paragraph Four.

5.  Defendants admit the allegations in Paragraph Five.

6.  Defendants admit the allegations in Paragraph Six.

**JURISDICTION**

7.  Paragraph Seven consists of plaintiffs' allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Seven.

**VENUE**

8.  Paragraph Eight consists of plaintiffs' allegations regarding venue, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, the defendants deny the allegations in Paragraph Eight.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

9.  Defendants deny the allegations in Paragraph Nine.

**CAUSE OF ACTION**

10.  Defendants admit the allegations in Paragraph Ten.

11.  Defendants admit the allegations in Paragraph Eleven.

12.  Defendants admit the allegations in Paragraph Twelve.

13.  Defendants admit the allegations in Paragraph Thirteen.

14.  Defendants admit the allegations in Paragraph Fourteen.

15.  Defendants admit the allegations in Paragraph Fifteen.

16.  Defendants deny the allegations in Paragraph Sixteen.

17.  Defendants deny the allegations in Paragraph Seventeen.

18.  Defendants are without sufficient information to admit or deny the allegations in Paragraph Eighteen.

ANSWER
C 07-2870 HRL

19. Defendants deny the allegations in Paragraph Nineteen.

20. Defendants deny the allegations in Paragraph Twenty.

**PRAYER**

21. Paragraph Twenty-One consists of plaintiffs' prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, defendants deny this paragraph.

**FIRST AFFIRMATIVE DEFENSE**

___Plaintiffs' complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

The court should dismiss the action for lack for subject matter jurisdiction.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for defendants and against plaintiffs, dismissing plaintiffs' Complaint with prejudice; that plaintiffs take nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: August 6, 2007                    Respectfully submitted,

                                         SCOTT N. SCHOOLS
                                         United States Attorney


                                              /s/
                                         EDWARD A. OLSEN
                                         Assistant United States Attorney
                                         Attorneys for Defendants

ANSWER
C 07-2870 HRL