SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| KUAN HOW YANG, JIN NING YANG,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Director of California Service Center, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of the Federal Bureau of Investigation;<br><br>        Defendants. | No. C 07-2870 HRL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

    In accordance with the provisions of 28 U.S.C. § 636(c), the Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

///

///

Consent to Magistrate Jurisdiction
C 07-2870 HRL

1  Dated: August 15, 2007                    Respectfully submitted,

2                                            SCOTT N. SCHOOLS
                                             United States Attorney
3

4                                            _____/s/_____
                                             EDWARD A. OLSEN
5                                            Assistant United States Attorney
                                             Attorneys for Defendants

Consent to Magistrate Jurisdiction
C 07-2870 HRL