1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6    Telephone: (415) 436-6915
FAX: (415) 436-6927

7

Attorneys for Defendants

8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12 KUAN HOW YANG,                    )
JIN NING YANG,                       )   No. C 07-2870 HRL
13                                   )
          Plaintiffs,                )
14                                   )
          v.                         )   **ADR CERTIFICATION**
15                                   )
MICHAEL CHERTOFF, Secretary of the   )
16 Department of Homeland Security;  )
EMILIO T. GONZALEZ, Director of      )
17 U.S. Citizenship and Immigration Services; )
CHRISTINA POULOS, Director of California )
18 Service Center, U.S. Citizenship and Immigration )
Services;                            )
19 ROBERT S. MUELLER, Director       )
of the Federal Bureau of Investigation; )
20                                   )
          Defendants.                )
21 _____ )

22    **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

23         Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she

24 has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of

25 California," or the specified portions of the ADR Unit's Internet site

26 <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the

27 court and private entities, and considered whether this case might benefit from any of them.

28

ADR Certification
C 07-2870 HRL

1   Dated: August 15, 2007                    Respectfully submitted,

2                                             SCOTT N. SCHOOLS
                                              United States Attorney
3

4                                             _____/s/_____
                                              EDWARD A. OLSEN
5                                             Assistant United States Attorney
                                              Attorneys for Defendants
6

7
    Dated: August 15, 2007                    _____/s/_____
8                                             STANLEY CHAO
                                              Attorney for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    ADR Certification
    C 07-2870 HRL