SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUAN HOW YANG,<br>JIN NING YANG,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services;<br>CHRISTINA POULOS, Director of California Service Center, U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, Director of the Federal Bureau of Investigation;<br><br>    Defendants. | No. C 07-2870 HRL<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

    The parties have not reached an agreement to an ADR process.

    Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program Counsel before the case management conference.

    Last day to file Joint Case Management Statement:    August 28, 2007

    Date of Initial Case Management Conference:    September 4, 2007

    The following counsel will participate in the ADR phone conference:

Notice of Need for ADR Phone Conference
C 07-2870 HRL

| | *Name* | *Party Representing* | *Phone No.* | *Fax No.* |
|---|---|---|---|---|
| 1 | | | | |
| 2 | Edward A. Olsen | Defendants | (415) 436-6915 | (415) 436-6927 |
| 3 | Stanley Chao | Plaintiffs | (408) 297-2297 | (408) 297-6956 |

*The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference. Petitioner's counsel shall initiate the call using the following number: (415) 522-4603. Please consult ADR L.R. 3-5(d).*

_____

**For court use only:**

**ADR Phone Conference Date: _____    Time: _____ AM/PM**

**For scheduling concerns, call 415-522-2199.**

**Date: _____                    _____
                                            ADR Case Administrator**

Notice of Need for ADR Phone Conference
C 07-2870 HRL