1  Stanley Chao
   Law Offices of Stanley Chao
2  28 North First Street, Suite 400
   San Jose, California 95113
3  Telephone: (408)297-2297
   Facsimile:  (408)297-6956
4
   Attorney for Plaintiffs
5

FILED

2007 AUG 23 P 3: 24

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kuan How Yang
Jui Ning Yang                                ) No. C 07-02870 HRL
                                             )
           Plaintiffs,                       ) **CONSENT TO PROCEED BEFORE A**
        v.                                   ) **UNITED STATES MAGISTRATE**
                                             ) **JUDGE**
*Michael Chertoff,* Secretary of the Department )
of Homeland Security;                        )
*Emilio T. Gonzalez,* Director of U.S. Citizenship )
and Immigration Services;                    )
*Christina Poulos,* Director of California Service )
Center, U.S. Citizenship and Immigration Services )
Services,                                    )
*Robert S. Mueller, III,* Director of Federal Bureau )
of Investigation                             )
                                             )
           Defendants.                       )
_____)

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636 (c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted,

Date:  August 20, 2007

Stanley Chao
Attorney for Plaintiffs

1