**\*E-FILED: 8.31.2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUAN HOW YANG, JUI NING YANG<br><br>        Plaintiffs,<br>  v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Director of California Service Center, U.S. Citizenship and Immigration Services, ROBERT S. MUELLER, Director of the Federal Bureau of Investigation,<br><br>        Defendants. | No. C07-02870 HRL<br><br>**ORDER (1) VACATING CASE MANAGEMENT CONFERENCE AND (2) SETTING CASE MANAGEMENT SCHEDULE** |

Based on the parties' Joint Case Management Statement, the court orders as follows:

The case management conference set for September 4, 2007, 1:30 p.m. is VACATED.

The court adopts the parties' statement of disputed factual and legal issues as set forth in the Joint Case Management Statement. Additionally, the parties are excused from participating in formal ADR.

Further, the parties advise that no formal discovery is necessary; and, they agree that this matter can be resolved on summary judgment. Accordingly, the court sets the following schedule on the parties' cross-motions for summary judgment:

- Plaintiffs' summary judgment motion due by **September 28, 2007**;
- Defendants' opposition/cross-motion due by **October 12, 2007**;

- Plaintiffs' reply/opposition due by **October 26, 2007**;
- Defendants' reply due by **November 2, 2007**;
- Motion hearing set for **November 20, 2007, 10:00 a.m. in Courtroom 2**.

IT IS SO ORDERED.

Dated:   August 31, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **5:07-cv-2870 Notice electronically mailed to**:

2  Stanley Chao stanc@stanleychao.com

3  Edward A. Olsen edward.olsen@usdoj.gov, tiffani.chiu@usdoj.gov

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.