ATTACHMENT A

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0053
Application to Register Permanent Residence or Adjust Status

START HERE - Please Type or Print

### Part 1. Information about you.

Family Name: YANG
Given Name: Kuan-How
Middle Initial:

Address - C/O

Street Number and Name: 962 Belmont Ter.
Apt. #: 2
City: Sunnyvale
State: CA
Zip Code: 94085
Date of Birth (month/day/year): 06/25/83
Country of Birth: Taiwan
Social Security #: None
A # (if any): 075491913
Date of Last Arrival (month/day/year): 07/19/97
I-94 #: 00287439206
Current INS Status: B-2
Expires on (month/day/year): 01/18/98

### Part 2. Application Type. (check one)

I am applying for adjustment to permanent resident status because:

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved (attach a copy of the approval notice), or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application will give me an immediately available visa number if approved.

b. ☒ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category which allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) (attach a copy of the fiance(e) petition approval notice and the marriage certificate).

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least 1 year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least 1 year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other-explain _____

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever is later, and: (Check one)

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

Form I-485 (09-09-92)N    Continued on back.

**FOR INS USE ONLY**

Returned / Receipt
Resubmitted
Reloc Sent
Reloc Rec'd
☐ Applicant Interviewed

Section of Law:
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☑ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

Country Chargeable: Taiwan

Eligibility Under Sec. 24
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other     N1992

Preference  E30  12/6/00

Action Block


APPROVED
OCT 11 200_

To Be Completed by Attorney or Representative, if any
☒ Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License #: 110914