SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| KUAN HOW YANG, <br> JUI NING YANG, <br><br>          Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; <br> EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; <br> CHRISTINA POULOS, Director of California Service Center, U.S. Citizenship and Immigration Services; <br> ROBERT S. MUELLER, Director of the Federal Bureau of Investigation; <br><br>          Defendants. | No. C 07-2870 HRL <br><br> **STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE; AND [PROPOSED] ORDER** |

    The plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the briefing schedule and the hearing date in this matter, in light of the following:

    1. The plaintiffs, Kuan How Yang ("Kuan How") and Jui Ning Yang ("Jui Ning"), are natives and citizens of Taiwan who filed Form I-485 applications to adjust their status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on or about

STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE
C 07-2870 HRL

1  December 9, 1997, and June 28, 2001, respectively.[1]

2     2. The plaintiffs filed this action on June 1, 2007, seeking an order from this Court directing USCIS to adjudicate their I-485 applications.

4     3. Plaintiff Kuan How's I-485 application was adjudicated on October 11, 2007.

5     4. The FBI has recently completed the name check for plaintiff Jui Ning, and the parties believe there is a reasonable possibility that her I-485 application will be adjudicated shortly after her fingerprints are taken and processed.

8     5.  The parties have filed cross-motions for summary judgment; the plaintiffs' reply/opposition is due on October 26, 2007; the defendants' reply is due on November 2, 2007; and the hearing is scheduled for November 20, 2007, at 10:00 a.m.

11     6. In light of the fact that this case may shortly be moot, the parties propose to modify the briefing schedule and hearing date as follows:

| | |
|---|---|
| Plaintiffs' Reply/Opposition: | November 23, 2007 |
| Defendants' Reply: | December 7, 2007 |
| Hearing: | December 21, 2007, at 10:00 a.m. |

Dated: October 19, 2007

                                             /s/
                                         STANLEY CHAO
                                         Attorney for Plaintiffs

Dated: October 19, 2007

                                             /s/
                                         EDWARD A. OLSEN
                                         Assistant United States Attorney
                                         Attorneys for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____, 2007

                                         _____
                                         HOWARD R. LLOYD
                                         United States Magistrate Judge

---

[1] The plaintiffs' mother's I-485 application was approved on June 7, 2004.
STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE
C 07-2870 HRL