1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150          **E-FILED 10/24/2007***
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12 KUAN HOW YANG,                    )
   JUI NING YANG,                    )   No. C 07-2870 HRL
13                                   )
                Plaintiffs,          )
14                                   )
          v.                         )   **STIPULATION TO EXTEND BRIEFING**
15                                   )   **SCHEDULE AND HEARING DATE;**
   MICHAEL CHERTOFF, Secretary of the)   **AND [PROPOSED] ORDER**
16 Department of Homeland Security;  )
   EMILIO T. GONZALEZ, Director of   )    **(MODIFIED BY THE COURT)**
17 U.S. Citizenship and Immigration Services; )
   CHRISTINA POULOS, Director of California )
18 Service Center, U.S. Citizenship and Immigration )
   Services;                         )
19 ROBERT S. MUELLER, Director       )
   of the Federal Bureau of Investigation; )
20                                   )
                Defendants.          )
21

22     The plaintiffs, by and through their attorney of record, and defendants, by and through their

23 attorneys of record, hereby stipulate, subject to approval of the Court, to extend the briefing

24 schedule and the hearing date in this matter, in light of the following:

25     1. The plaintiffs, Kuan How Yang ("Kuan How") and Jui Ning Yang ("Jui Ning"), are natives

26 and citizens of Taiwan who filed Form I-485 applications to adjust their status to lawful permanent

27 resident with the United States Citizenship and Immigration Services (USCIS) on or about

28

STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE
C 07-2870 HRL

1  December 9, 1997, and June 28, 2001, respectively.[1]

2  2. The plaintiffs filed this action on June 1, 2007, seeking an order from this Court directing
3  USCIS to adjudicate their I-485 applications.

4  3. Plaintiff Kuan How's I-485 application was adjudicated on October 11, 2007.

5  4. The FBI has recently completed the name check for plaintiff Jui Ning, and the parties
6  believe there is a reasonable possibility that her I-485 application will be adjudicated shortly after
7  her fingerprints are taken and processed.

8  5. The parties have filed cross-motions for summary judgment; the plaintiffs'
9  reply/opposition is due on October 26, 2007; the defendants' reply is due on November 2, 2007;
10 and the hearing is scheduled for November 20, 2007, at 10:00 a.m.

11 6. In light of the fact that this case may shortly be moot, the parties propose to modify the
12 briefing schedule and hearing date as follows:

13    Plaintiffs' Reply/Opposition:                         November 23, 2007
14    Defendants' Reply:                                    December 7, 2007
15    Hearing:                                              December 18, 2007, at 10:00 a.m.

17 Dated: October 19, 2007                     /s/
                                               STANLEY CHAO
18                                             Attorney for Plaintiffs

20 Dated: October 19, 2007                     /s/
                                               EDWARD A. OLSEN
21                                             Assistant United States Attorney
                                               Attorneys for Defendants

**ORDER**

Pursuant to stipulation, **(as modified by the court),** IT IS SO ORDERED.

25 Dated: October 24, 2007                     _____
                                               HOWARD R. LLOYD
26                                             United States Magistrate Judge

---

28  [1] The plaintiffs' mother's I-485 application was approved on June 7, 2004.
STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE
C 07-2870 HRL