SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUAN HOW YANG,<br>JUI NING YANG,<br><br>           Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of<br>U.S. Citizenship and Immigration Services;<br>CHRISTINA POULOS, Director of California<br>Service Center, U.S. Citizenship and Immigration<br>Services;<br>ROBERT S. MUELLER, Director<br>of the Federal Bureau of Investigation;<br><br>           Defendants. | No. C 07-2870 HRL<br><br>**STIPULATION TO DISMISS; AND<br>[PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

    Each of the parties shall bear their own costs and fees.

///

///

1  Dated: October 26, 2007                    Respectfully submitted,

2                                             SCOTT N. SCHOOLS
                                              United States Attorney
3

4                                                      /s/
                                              _____
                                              EDWARD A. OLSEN
5                                             Assistant United States Attorney
                                              Attorneys for Defendants
6

7

8
   Dated: October 26, 2007                             /s/
                                              _____
9                                             STANLEY CHAO
                                              Attorney for Plaintiffs
10

11

12                                    **ORDER**

13      Pursuant to stipulation, IT IS SO ORDERED.

14

15
   Date:                              _____
16                                             HOWARD R. LLOYD
                                              United States Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C 07-2870 HRL                                  2