SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

**\*E-FILED 11/2/2007\***

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUAN HOW YANG, <br> JUI NING YANG, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; <br> EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; <br> CHRISTINA POULOS, Director of California Service Center, U.S. Citizenship and Immigration Services; <br> ROBERT S. MUELLER, Director of the Federal Bureau of Investigation; <br><br> Defendants. | No. C 07-2870 HRL <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C 07-2870 HRL                              1

1 | Dated: October 26, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: October 26, 2007

_____/s/_____
STANLEY CHAO
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   November 2, 2007

_____
HOWARD R. LLOYD
United States Magistrate Judge

Stipulation to Dismiss
C 07-2870 HRL                                    2